**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| Shamarraa Bellamy, | C/A NO.: |
| Plaintiff, | STATE ACTION: 2026-CP-40-00930 |
| vs. | |
| City of Columbia, | **NOTICE OF REMOVAL** |
| Defendants. | |

Defendant City of Columbia (hereinafter, collectively referred to as "Defendant City"), by way of removal, pursuant to 28 U.S.C. §§ 1331, 1441(a), 1443, and 1446(a), (b), and (d), would respectfully show unto this Court:

1.      This action was commenced by Plaintiff the filing a Summons and Complaint on February 16, 2026, in the Court of Common Pleas for Richland County, South Carolina.  The Summons and Complaint were served upon the City Clerk pursuant to Rule 4, SCRCP, on or about February 20, 2026.  This action is now pending in the Court of Common Pleas for Richland County, South Carolina, which is located within the Columbia Division of this Court by reason of 28 U.S.C. § 121(2).  Plaintiff's Complaint asserts a claim for violation of Plaintiff's Fourth and Fourteenth Amendment rights.

2.      Thirty days have not elapsed since service of the Summons and Complaint upon the City Clerk.  On this date, the Defendant has filed and served by electronic service, its Answer to the Complaint.

3.      Pursuant to 28 U.S.C. § 1331, the district court has original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States, which includes

civil actions arising under the Fourth and Fourteenth Amendments of the United States Constitution.

4. Pursuant to 28 U.S.C. § 1441(a), removal of this action to the United States District Court, for the district and division embracing the place where this action is pending is proper.

5. By virtue of 28 U.S.C. §§ 1331 and 1443 and 42 U.S.C. § 1983, the United States District Court has original jurisdiction over civil actions concerning civil rights of citizens of the United States and all persons within the jurisdiction thereof. Removal of Plaintiff's claim is not expressly prohibited under the laws of the United States of America and the existence of concurrent jurisdiction in the state court over claims asserting violations of the Fourth and Fourteenth Amendment to the United States Constitution under 42 U.S.C. § 1983 is insufficient, standing alone, to defeat removal under 28 U.S.C. § 1441.

6. By virtue of the foregoing, this action is hereby removed to the United States District Court for the District of South Carolina, Columbia Division.

7. Filed herewith in this Court a copy of all process, pleadings, and orders served by or upon the City Clerk in this action, as part of the Notice of Removal, which consists of the following:

- Summons and Complaint, filed February 16, 2026
- Affidavit of Personal Service, filed February 23, 2026
- Answer of the Defendant, filed March 20, 2026

8. The Clerk of Court for Richland County, South Carolina, from which this action is removed and Plaintiff's counsel shall promptly be given written notice that the Notice of Removal has been filed and shall be provided a copy of the Notice of Removal.

9. There are no co-defendants in this action requiring consent to the removal of this action to the District Court.

**WHEREFORE**, Defendant City prays that this Notice of Removal be accepted as sufficient for removal of this action to this Court.

Respectfully submitted,

THE CITY OF COLUMBIA

*s/W. Mike Hemlepp, Jr.*

W. Mike Hemlepp, Jr., Esq. (Federal Bar No.5607)
Kiera C. Dillon (Federal Bar No. 11206)
Office of the City Attorney, City of Columbia
Post Office Box 667
Columbia, South Carolina 29202
Tel.  803.737.4242  /  Fax  803.737.4250
William.Hemlepp@ColumbiaSC.gov
Kiera.Dillon@ColumbiaSC.gov

**ATTORNEYS FOR DEFENDANT CITY OF COLUMBIA, SOUTH CAROLINA**

March 20, 2026

Columbia, South Carolina